Submitted November 22, 2016, affirmed June 1, 2017

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RAFAEL VALENCIA-GUZMAN,
*Defendant-Appellant.*

Washington County Circuit Court
D0304019T; A159656

395 P3d 634

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura E. Coffin, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Chief Judge, and DeHoog, Judge.